IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RENEE MAJOR,

    Plaintiff,

vs.                                                  CASE NO. 5:08cv33/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 40). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Petition For Attorney Fees And Costs Under The Equal Access To Justice Act (EAJA) (Doc. 38) is granted. Plaintiff's counsel, Heather Freeman, is entitled to recover reasonable fees for representing Plaintiff in this case pursuant to 28 U.S.C. §2412.

3. The Commissioner is directed to pay to Plaintiff's counsel, Heather Freeman, attorney's fees in the amount of $7,042.19 from Social Security appropriations and costs in the amount of $350.00 from the Judgment Fund.

**ORDERED** on June 30, 2009.

                                        <u>/S/ Richard Smoak</u>
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**